```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
PALACE SKATEBOARDS GROUP and GSLT                                    :
HOLDINGS LIMITED,                                                    :
                                                                     :
                                   Plaintiffs,                       :
                                                                     :
            -against-                                                :
                                                                     :
AIMEEY, CONG~690, DENNIS AHO, DGVH~56,                               :
ERIC GANDY, FGFH~456, FUBA246,                                       :
GULF_COAST_BOUND,                                                    :
HUANGGUANGHAI3221, HUANGRUIXIAN65812,                                :
HUANGZHILONGER, JIAYIMNEI, KENGKENG,                                 :
LINDSAYYYA, MUK63211, NEW YEAH,                                      :
NIKITAMODA, OBD HOME LIVING MUSEUM,                                  :
SHENPOHUANG21, STAR'S OCEAN CLOTHING                                 :
MALL, VANGCHENGYUN, WORLD WE,                                        :
XEE82293, XIEZHIWEI, XIONGHOU DAMIYA                                 :
BETTER AND ZHUSHIHAO62923,                                           :
                                                                     :
                                   Defendants.                       :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2021

1:21-cv-03951-GHW

ORDER

GREGORY H. WOODS, District Judge:

On October 29, 2021, the Court, court reporter, and counsel for Plaintiffs appeared by telephone for the initial pretrial conference. No one appeared on behalf of any of the defendants. The Court expects that any application by Plaintiffs for an order to show cause for default judgment will be made on or before December 23, 2021. Such a motion should comply with the Court's Individual Rules of Practice in Civil Cases, Attachment A, available on the Court's website.

SO ORDERED.

Dated: November 1, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge