USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
PALACE SKATEBOARDS GROUP and GSLT :
HOLDINGS LIMITED, :
:
                              Plaintiffs, :      1:21-cv-03951-GHW
:
             -against- :          ORDER
:
AIMEEY, ALZTECH, CONG~690, DENNIS :
AHO, DGVH~56, ERIC GANDY, FGFH~456, :
FUBA246, GITROSTORE, :
GULF_COAST_BOUND, :
HUANGGUANGHAI3221, :
HUANGRUIXIAN65812, :
HUANGZHILONGER, JIAYIMNEI, :
KENGKENG, LINDSAYYYA, LOOM, :
MUK63211, NEW YEAH, NIKITAMODA, :
OBD HOME LIVING MUSEUM, :
SHENPOHUANG21, STAR'S OCEAN :
CLOTHING MALL, VANGCHENGYUN, :
WORLD WE, XEE82293, XIEZHIWEI, :
XIONGHOU DAMIYA BETTER AND :
ZHUSHIHAO62923, :
:
                              Defendants. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    Any response by Plaintiffs to the June 7, 2022 Brief of Amici Curiae, Dkt. No. 48, is due no later than June 20, 2022.

    SO ORDERED.

Dated: June 8, 2022
New York, New York
                                        GREGORY H. WOODS
                                      United States District Judge