# EXHIBIT 1

June 2022

## Richard K. Wagner

Correspondence Address: Allen & Overy, 9th Floor, Three Exchange Square, Central, Hong Kong

**Expert Advising and Appointments**

- Consulting expert on various Chinese law and practice issues in connection with an action pending before the United States District Court for the Northern Mariana Islands (Saipan). Advised on Article 277 of the PRC Civil Procedure Law.
- Consulting expert on various Chinese law and practice issues related to cross-border evidence collection, including evidence collected in China pursuant to the Hague Evidence Convention. Action pending before a federal court in California. Advised on Article 277 of the PRC Civil Procedure Law.
- Consulting expert on various China practice issues in connection with a RICO action seated before a federal court in Kentucky. Advised on Hague service and alternative service under the FRCP Rule 4(f)(3).
- Expert in a US court proceeding on issues related to PRC civil procedure (Article 277) and PRC regulatory law (PRC state secrecy and classified information). *Motorola Solutions, Inc. v. Hytera Communications Corp. et al*, 365 *F. Supp. 3d* 916 (N.D. IL 2019).
- Expert in a Shanghai court proceeding on issues related to the enforcement and recognition of court judgments. Court decision recognized and enforced a US court judgment in Shanghai on the basis of reciprocity. First Shanghai court decision to recognize a US court judgment, the second only for the courts of China. *Nalco Company LLC v. David T Chen* ((2017) Hu 01 Xie Wai Ren No. 16).
- Expert in a US court proceeding on issues related to PRC regulatory law (foreign exchange control regime).
- Consulting expert to a Houston-based oil company in connection with Chinese court proceedings.
- Expert in a Hong Kong court proceeding on issues related to PRC regulatory law (PRC state secrecy, information security, and financial audits).

**Representative International Dispute Resolution Matters**

- Represented a California-based telecommunications company and its foreign subsidiaries in connection with trade secret and unfair competition litigation before the courts of Chengdu and Beijing. Advised on international service issues in connection with PRC court proceedings.
- International counsel to a US manufacturer of home fixtures and hardware in a cross-border litigation seated in Guangdong Province, China. Advised on international service issues in connection with PRC court proceedings.

- Acted for a fiber processing equipment supplier in a contractual dispute with a Hong Kong and PRC based manufacturer.  Case involved numerous international service issues in connection with Ohio state court proceedings.
- Defended a company in an international carriage of goods case, successfully quashing service of process.  *Koss Corp. v. Pilot Air Freight Corp*., 242 F.R.D. 514 (E.D. Wis 2007).
- Acted for a US manufacturer of office products in a China-related US trade secret investigation before the ITC.  Prepared and deposed Chinese law expert witnesses on issues related to Chinese civil procedure.
- Acted for a California company in a China-related trade disparagement action seated before a federal court in Chicago.  Case involved waiver of service for a Chinese company.
- International counsel to a US semiconductor company in a product liability litigation seated in Beijing.  Advised on international service issues in connection with PRC court proceedings.
- Acted for a US telecommunications company before a Los Angeles court in a post-merger dispute involving claims of fraud, trade secret infringement, and unfair competition.  Hague service was achieved on multiple Chinese defendants in connection with the proceedings.
- Acted for a Chinese telecommunications corporation in an intellectual property infringement action before a federal court in Seattle.
- Acted for a Chinese manufacturer in federal court litigation seated in Seattle concerning an international sale of goods dispute with a US-based buyer.
- Defended numerous Chinese companies in complex RICO litigation pending before a New Jersey federal court.
- Acted for a Chinese hospitality company in connection with an aborted professional sports tournament that had been scheduled to take place in Guangzhou.
- Represented a large Chinese electronics company in a JAMS arbitration seated in Dallas.
- Acted for a Chinese company in a USD 49 million breach of contract claim and counterclaims before the Hong Kong International Arbitration Centre.
- Advised a Chinese state-owned energy company in connection with a multi-million-dollar acquisition in Brazil on issues related to ICSID arbitration.
- Advised a Chinese state-owned enterprise in connection with LCIA arbitration seated in London.

**Representative Publications**

- Author, "Proving Chinese law in the Courts of the United States:  Surveying and Critiquing the Article 277 Cases," *Amicus Curiae*, Series 2, Vol. 2, No. 2, 188-215, Winter 2021.
- Author, "From the Central Sands to the Central Kingdom: Navigating Civil Litigation in China," *Wisconsin Lawyer*, May 2014.  Hon. Charles Dunn Author Award, Wisconsin Bar.
- Co-author, "Permission Denied: The Curious Case of Exit Restrictions in Chinese Commercial Litigation, " *China Law & Practice*, July/August 2011.
- Author, "Alternatives to Magistrate Justice: Merchant Guild Dispute Resolution and the Foreign Trader Driven Litigation and Arbitration Reforms of Late Imperial and Early Republican China," *Journal of Comparative Law*, Volume IV, Issue 2, 2009.

**Academy**

- Visiting Scholar, East Asian Legal Studies Center, University of Wisconsin Law School, Madison, Wisconsin, USA (2020). Researched China-related litigation in the courts of the United States
- LL.M. in Chinese Law, School of Oriental and African Studies, University of London, London, UK (2008)
- J.D., George Washington University School of Law, Washington, DC, USA (2002)
- Certificate, Chinese Law, joint program conducted in Beijing by China University of Political Science and Law and Duquesne University School of Law (1999)
- Diploma in Mandarin Chinese, Defense Language Institute, Monterey, California, USA (1995)
- B.A. in Philosophy, Miami University, Miami, Ohio, USA (1993)

**Prior Experience**

- Steptoe & Johnson LLP, Partner, Chicago and Beijing offices (2015-2019)
- Baker & McKenzie LLP, Associate Attorney, Hong Kong, Chicago, and Beijing offices (2002-2015)
- United States Army, Linguist (Mandarin Chinese), California and Hawaii (1993-1997)

**Bar and Court Admissions**

- State Bar of Wisconsin (2002)
- State Bar of Illinois (2005)
- N.D. Illinois
- E.D. Wisconsin
- Registered Foreign Lawyer, Law Society of Hong Kong (2021-Present; 2002-2004)
- Registered as a Foreign Lawyer with the PRC Ministry of Justice (2011-2012; 2016-2019)
- *Pro Hac Vice* admissions have included Brooklyn, New York, E.D. California, S.D. Iowa, E.D. Washington, W.D. Washington, E.D. Pennsylvania, South Carolina, Ohio, Virginia, and Washington.