

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

November 14, 2023

**VIA ECF**
Hon. Gregory H. Woods
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl St.
New York, NY 10007

        Re: *Palace Skateboards Group, et al. v. Aimeey, et al., et al*
            Civil Case No. 21-cv-3951 (GHW)
            <u>Response to the Court's November 6, 2023 Order</u>

Dear Judge Woods,

      We represent Plaintiffs Palace Skateboards Group and GSLT Holdings Limited ("Plaintiffs"), in the above-referenced matter (the "Action").[1] On November 6, 2023 the Court entered an Order ("November 6, 2023 Order") directing Plaintiffs to submit a letter advising the Court whether and how they intend to proceed in this Action in light of the Court's recent decisions in *Smart Study*. (Dkt. 52). Accordingly, Plaintiffs respectfully submit the instant letter.

      After receiving the November 6, 2023 Order, Plaintiffs' counsel requested that the Epstein Drangel's Beijing office conduct a diligence investigation to determine whether any addresses Plaintiffs have for any Defendants remaining in this Action are accurate and/or to attempt to locate addresses for any remaining Defendants which Plaintiffs do not have. Epstein Drangel's Beijing office is finalizing their investigation, however, have provided an update earlier today indicating that they are unable to locate addresses for the vast majority of Defendants in this Action. Accordingly, Plaintiffs respectfully request to proceed with the same course of action Plaintiffs' counsel took in *Smart Study* and move for default judgment in this Action. Within Plaintiffs' motion for default judgment, they will include a comprehensive explanation of the results of Epstein Drangel's Beijing office's address research investigation. Plaintiffs respectfully request to file their motion for default judgment by February 2, 2024 to allow time for Epstein Drangel's Beijing office to complete their investigation and for Plaintiffs' counsel to reduce the results of their investigation into the motion (taking into consideration the impending holidays as well).

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiffs' Complaint or Application.

Hon. Gregory H. Woods
November 14, 2023
Page 2



We thank the Court for its time and attention to this matter.

                                      Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**

                                      BY: /s/ Danielle S. Futterman
                                      Danielle S. Futterman (DY 4228)
                                      dfutterman@ipcounselors.com
                                      60 East 42nd Street, Suite 1250
                                      New York, NY 10165
                                      Telephone: (212) 292-5390
                                      Facsimile: (212) 292-5391
                                      *Attorneys for Plaintiff*
                                      Palace Skateboards Group and
                                      GSLT Holdings Limited