```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
PALACE SKATEBOARDS GROUP, *et al.*,                               :
                                                                  :
                Plaintiffs,    :    1:21-cv-03951-GHW
                                                                  :
          -v-                                             :    ORDER
                                                                  :
AIMEEY, *et al.*,                                                 :
                                                                  :
                Defendants.    :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    Upon Plaintiffs' application, the Court has scheduled a hearing for April 9, 2024 to show cause why an order should not be issued for the entry of default judgment against Defendants. Dkt. No. 69. Plaintiffs' memorandum of law in support of its application for default judgment, Dkt. No. 67, relies on the "Declaration of Thomas Hussey in Support of Plaintiffs' Application" (the "Hussey Declaration") including to support Plaintiffs' request for injunctive relief and statutory damages. *See, e.g.*, *id.* at 2, 8, 9, 13, 14, 16. The Court has not been able to locate this declaration in the record, including in Plaintiffs' February 2, 2024 filings. *See* Dkt. Nos. 65–68.

    Plaintiffs are directed to file the Hussey Declaration for the Court's consideration of Plaintiffs' application for default judgment by April 15, 2024. The show cause hearing scheduled for April 9, 2024 is adjourned to Wednesday, May 15, 2024 at 10:00 a.m. Except as expressly modified by this order, the order scheduling the show cause hearing entered by the Court on February 2, 2024, Dkt. No. 69, remains in full force and effect.

Plaintiffs are directed to serve a copy of this order and the Hussey Declaration on Defendants and file proof of service no later than April 17, 2024.

SO ORDERED.

Dated: April 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge